UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOHN LEAIR, ) | No. EDCV 16-0110 FMO (AS) |
| ) Plaintiff, ) | **ORDER TO SHOW CAUSE RE LACK OF** |
| v. ) | **PROSECUTION** |
| ) SAN BERNARDINO COUNTY SHERIFF'S ) DEPARTMENT, et al., ) ) Defendants. ) | |

On January 20, 2016, Plaintiff William John LeAir ("Plaintiff"), then an inmate at the High Desert Detention Center in Adelanto, California, filed a Complaint pursuant to 42 U.S.C. § 1983 ("Compl."). (Docket Entry No. 1). Plaintiff named as Defendants: (1) the San Bernardino County Sheriff's Department; (2) the Adelanto High Desert Detention Center; (3) Adelanto High Desert Detention Center medical staff; (4) Lieutenant Donald Cox; (5) "SCA Sumerville"; (6) Deputy Horel; (7) Deputy K. Pope; (8) Dr. Tabo; and (9) "Nurse Ayala." (Id. at 1, 7-8).[1] Plaintiff alleged that

---

[1] For ease of reference, the Court cites the Complaint and its attached exhibits as though they constitute one continuously paginated document.

1

Defendants failed to provide him with adequate medical care. (Id. at 11-13).

On April 27, 2016, the Court issued an order identifying deficiencies in the Complaint and dismissing the Complaint with leave to amend. ("Order of Dismissal," Docket Entry No. 7). A First Amended Complaint was due May 27, 2016.

On May 10, 2016, the Court's Order of Dismissal was returned as undeliverable, and High Desert Detention Center staff informed the Court that Plaintiff had been released to state custody on March 24, 2016. (See Docket Entry No. 8 and associated text entry). On May 11, 2016, Plaintiff was ordered to provide the Court with his current address pursuant to Local Rule 41-6. ("Minute Order," Docket Entry No. 9). On May 19, 2016, the Minute Order was returned as undeliverable. (Docket Entry No. 10).

To date, Plaintiff has failed to provide the Court with his updated address as required by Local Rule 41-6 or communicate with the Court in any way. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **Thursday, September 29, 2016**, why this action should not be dismissed with prejudice for failure to prosecute and failure to obey a court order. This Order will be discharged upon the filing of a Change of Address form listing Plaintiff's current address or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to do so.

If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). A notice of dismissal form is attached for Plaintiff's convenience. Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed <u>with prejudice</u> under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.

IT IS SO ORDERED.

Dated: September 8, 2016.

/s/
ALKA SAGAR
United States Magistrate Judge