**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | |
|---|---|
| WILLIAM JOHN LEAIR, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAN BERNADINO COUNTY ) <br> SHERIFF'S DEPARTMENT, et. al., ) <br> ) <br> Defendants. ) <br> _____ ) | NO. ED CV 16-0110-FMO (AS) <br><br> **ORDER ACCEPTING FINDINGS,** <br> **CONCLUSIONS AND RECOMMENDATIONS** <br> **OF UNITED STATES MAGISTRATE** <br> **JUDGE** |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

    **IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

1    **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order
2  and the Judgment herein on Plaintiff at his current address of record.

4    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

6    DATED: December 19, 2016

                                             /s/
                                    FERNANDO M. OLGUIN
                                 UNITED STATES DISTRICT JUDGE