**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM JOHN LEAIR, | ) | NO. ED CV 16-0110-FMO (AS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| SAN BERNADINO COUNTY | ) | |
| SHERIFF'S DEPARTMENT, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed  with prejudice.


DATED: December 19, 2016


_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE